E-FILED: 08/23/10
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAMES GARLOCK | CASE NUMBER |
| PLAINTIFF(S) | CV 09-8852-PSG (SHx) |
| vs. | |
| JOHN E. POTTER | DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE |
| DEFENDANT(S). | |

On July 30, 2010, the Court issued an Order to Show Cause for Lack of Prosecution. A written response to this Order to Show Cause was ordered to be filed no later than August 13, 2010.

To date, no written response to the Order to Show Cause or a Proof of Service has been filed with the Court .

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: ___August 23, 2010_____

Philip S. Gutierrez

U.S. District Judge